**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MONTE GOLDSBOROUGH,** | |
| **Plaintiff,** | |
| v. | **Case No. 19-CV-114-JFH-KEW** |
| **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | |
| **Defendant.** | |

**ORDER**

Before the Court is the Findings and Recommendation [Dkt. No. 24] of United States Magistrate Judge Kimberly E. West reviewing Plaintiff's Motion for an Award of Attorney Fees under the Equal Access to Justice Act [Dkt. No. 20].  Magistrate Judge West recommends the Motion be granted.  Dkt. No. 24.

Neither party objected to Magistrate Judge West's Findings and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b).  Having reviewed the Findings and Recommendation, the Court concurs with Magistrate Judge West's recommendation, and accepts and adopts it as the order of the Court.  On that basis, the Court finds that Plaintiff's Motion for an Award of Attorney Fees under the Equal Access to Justice Act [Dkt. No. 20] is **GRANTED**.

**IT IS THEREFORE ORDERED** that the Government shall pay Plaintiff's attorney's fees in the amount of $4,833.60.

**IT IS FURTHER ORDERED** that the award shall be made to Plaintiff as the prevailing party and not directly to Plaintiff's counsel.  Further, should Plaintiff's counsel ultimately be

awarded attorney's fees pursuant to 42 U.S.C. § 406(b)(1), counsel shall refund the smaller amount to Plaintiff.

DATED this 17th day of June, 2021.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE